**Ken BAKER Plaintiff—Appellant,**

v.

**UNITED DOMINION INDUSTRIES, INC., doing business as Waukesha Cherry–Burrell Defendant—Appellee.**

No. 02–6081.

United States Court of Appeals, Sixth Circuit.

Feb. 3, 2004.

Jeffrey T. Sampson, Sampson, Smith & Slechter, Louisville, KY, for Plaintiff–Appellant.

Ronald L. Gaffney, Pedley, Zielke, Gordinier & Pence, Louisville, KY, for Defendant–Appellee.

Before MERRITT and SUTTON, Circuit Judges; and FEIKENS, District Judge.[*]

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.